UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re:

NU-TRAX, INC.

DEBTOR

§ CASE NO: 87-45667
§
§
§

/

FILED (1) 2007 NOV 27 PH 3:08 U.S. BANKRUPTCY COURT E.D. MICHIGAN-DETROIT

## ORDER FOR PAYMENT OF UNCLAIMED FUNDS

Upon application, and in accordance with the provisions of 28 U.S.C., Section 2042, that following a review of the sufficiency of the application of claimant under the provisions of 28 U.S.C. 1746, and the U.S. Attorney for the Eastern District of Michigan was provided with a copy of this application with a proof of service attached to the application,

**AND** it appears from the application and supporting documentation that Claimant is entitled to the funds paid into Court.

Therefore, IT IS ORDERED that the Clerk is directed to remit one check in the amount of $86,939.07 from funds held in the U.S. Treasury made payable to Nu-Trax, Inc. c/o Omega Consulting at 7706 Pinebrook Drive; San Antonio, Tx 78230.

DONE AND ORDERED THIS _____ DAY OF 20_____.

_____
UNITED STATES BANKRUPTCY JUDGE

**NOV 2 7 2007**